**Order entered July 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01097-CR

### DANIEL MAVERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MA13-71667-L**

## ORDER

The Court **REINSTATES** the appeal.

On June 29, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by court-appointed counsel Jeffrey Buchwald; (3) counsel's explanation for the delay in filing appellant's brief is that he had not received one of the exhibits until recently; and (4) counsel requested fifteen days from the July 16, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **FRIDAY, AUGUST 7, 2015**.

/s/    LANA MYERS
        JUSTICE